PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Thomas Lee Boswell

Crim. No. 4:23CR03095

On September 2, 2022 the above named was placed on probation/supervised release for a period of 60 Months. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Michelle McNamara*

*Michelle L. McNamara, U.S. Probation Officer*

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 12th day of December, 20 25.

*John M. Gerrard*

John M. Gerrard
Senior U.S. District Judge